IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLUS B. SIKORA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL INDEMNITY COMPANY,<br>JANELLE KAY, KAREN RAINWATER,<br><br>　　　　　　Defendants. | 8:13CV68<br><br>MEMORANDUM AND ORDER |

After conferring with counsel, the court finds Plaintiff's counsel does not currently have a conflict of interest and need not immediately withdraw from the case. The plaintiff is in the process of retaining new counsel, while the individual defendants want an expeditious resolution of this case. The parties' proposed deadline for mandatory disclosures is June 1, 2013. Plaintiff's current counsel will not become a witness in this case by virtue of assisting his client in timely completing those disclosures.

Accordingly, under the totality of the circumstances presented,

IT IS ORDERED:

1) The plaintiff's motion to stay this case for 60 days while the plaintiff retains new counsel, (Filing No. 14), is denied.

2) The court will enter a progression order based on the parties' Rule 26(f) Report, (Filing No.17), but without prejudice to re-examination of those deadlines upon the motion of Plaintiff's new counsel.

May 1, 2013.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge