IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLUS B. SIKORA, | ) | Civil No. 8:13-cv-68 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROTECTIVE ORDER |
| | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | |
| a Nebraska Corporation; and | ) | |
| JANELLE KAY, a citizen of the State of | ) | |
| Iowa and; | ) | |
| KAREN RAINWATER, a citizen of the | ) | |
| State of Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

The parties to this action have submitted a Stipulation for Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.  Having reviewed the Stipulation, the Court hereby APPROVES the Stipulation and ORDERS that it govern the treatment of Confidential Documents information in this matter.

SO ORDERED.

Dated: September 10, 2013          *s/ Cheryl R. Zwart*
                                   Cheryl R. Zwart
                                   United States Magistrate Judge

4838-8674-0757, v. 1