IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLUS B. SIKORA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV68 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL INDEMNITY COMPANY, | ) | ORDER |
| a Nebraska corporation; and | ) | |
| JANELLE KAY, a citizen of the | ) | |
| State of Iowa; and KAREN | ) | |
| RAINWATER, a citizen of the | ) | |
| State of Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 53). The Court finds the stipulation should be approved and adopted and this action dismissed with prejudice. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. This action is dismissed with prejudice, without payment by any of the defendants to plaintiff, with each party to pay their own fees and costs.

DATED this 10th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court